# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**LOGAN OILFIELD SERVICE, LLC**                                                        **PLAINTIFF**

**vs.**                                            **CIVIL ACTION NO.4:09cv17-DPJ-JCS**

**JOHNNY ARRINGTON, INDIVIDUALLY AND**
**D/B/A T&T TIMBER, AND STEVIE PERRY**                            **DEFENDANTS**
_____

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE
_____

COMES NOW, Plaintiff, Logan Oilfield Services, LLC, and Defendants, Johnny Arrington, individually and d/b/a T&T Timber Company, LLC and Stevie Perry, deceased, by and through counsel of record and move the Court for an Order dismissing this suit with prejudice; and it being made known to the Court that Plaintiff's claims have been fully compromised and settled, and that all parties consent to the entry of this Order and agree that this cause should be dismissed with prejudice. The Court, being fully advised in the premises, does find that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims against in this cause be, and the same are, hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of December, 2009.

                                                 s/ *Daniel P. Jordan III*
                                                 UNITED STATES DISTRICT JUDGE

**AGREED:**

/s//: Charles W. Wright, Jr.
CHARLES W. WRIGHT, JR., ESQ. (MSB#7395)
*Attorney for Plaintiff*

/s//: Bradley S. Kelly
BRADLEY S. KELLY, ESQ. (MSB#101243)
*Attorney for Defendants*